IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DIANA GOODAVAGE AND ROBERT
VINCENT WALTER,

      Plaintiffs,

v.

FIDUCIARY REAL ESTATE
DEVELOPMENT (FRED) AND
DANE COUNTY HOUSING AUTHORITY
(DCHA), ,

      Defendants.

ORDER

Case No. 16-cv-714-wmc

---

Plaintiffs Diana Goodavage and Robert Vincent Walter has filed a proposed civil complaint. Plaintiffs seek to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavits of indigency plaintiffs have submitted, I find that plaintiffs are unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiffs Diana Goodavage and Robert Vincent Walter's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is

complete, a separate order will issue.

        Entered this 1st day of November, 2016.

                BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge

Case: 3:16-cv-00714-wmc   Document #: 4   Filed: 11/01/16   Page 2 of 2