IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIANA GOODAVAGE and ROBERT VINCENT WALTER,

    Plaintiffs,

v.

FIDUCIARY REAL ESTATE DEVELOPMENT (FRED) and DANE COUNTY HOUSING AUTHORITY (DCHA),

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-714-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Fiduciary Real Estate Development (FRED) and Dane County Housing Authority dismissing this case with prejudice.

| /s/ | 6/26/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |